AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BASTION RESOURCES L.L.C.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:25-cv-00139

UNITED STATES OF AMERICA and
UNITED STATES DEPARTMENTOF
THE TREASURY,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed August 7, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. This case is dismissed without prejudice. This case stands closed.



8/7/2025

Date

John E. Triplett, Clerk of Court

Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020